UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------------X
ASCENT: A SCHOOL FOR INDIVIDUALS WITH AUTISM,
NASSAU SUFFOLK SERVICES FOR THE AUTISTIC;
D.H. and T.H., Individually and as next friends on behalf of their child B.H.;
T.D. and A.D., Individually and as next friends on behalf of their child A.D.;   17CV6866
P.M., Individually and as next friend on behalf of her child R.M.;
M.C. and K.C., Individually and as next friends on behalf of their child A.B.;
M.H. and F.H., Individually and as next friends on behalf of their child A.H.;   (Spatt, J.)
and M.C. and M.C., Individually and as next friends on behalf of their child T.C.,

                                        Plaintiffs,
          -against-                              (Lindsay, M.J.)

NEW YORK STATE EDUCATION DEPARTMENT,
MARYELLEN ELIA, in her official capacity as NEW YORK STATE
COMMISSIONER OF EDUCATION, and
KAREN NEILSEN and JULIA NAGLE, in their official capacities as
REGIONAL ASSOCIATES of THE NEW YORK STATE EDUCATION
DEPARTMENT,

                                      Defendants.
------------------------------------------------------------------------------X

## NOTICE OF MOTION

PLEASE TAKE NOTICE that upon the Notice of Motion, dated March 9, 2018; the Defendants' Memorandum of Law in Support of the Motion, dated March 9, 2018, with Appendix thereto; and upon all papers and pleadings filed herein, a motion will be made by the Defendants to this Court, the Hon. Arthur D. Spatt presiding, at the courthouse located at 100 Federal Plaza, Central Islip, New York 11722-4438, on _____, 2018 , at \_\_\_\_ o'clock in the forenoon or as soon thereafter as counsel can be heard, for an Order, pursuant to Rule 12 (b) (1) and (6) of the Federal Rules of Civil Procedure, dismissing the Complaint, and for such other and

1

further relief as this Court may deem just and proper.

Dated:    March 9, 2018
           Mineola, New York

                                        Yours etc.,
                                        ERIC T. SCHNEIDERMAN
                                        Attorney General of the State of New York
                                        <u>Attorney for Defendants</u>
                                        200 Old Country Road, Suite 240
                                        Mineola, New York 11501
                                        (516) 248-3302

                                                        /s/
              By:       _____
                                        Asst. Attorney General Dorothy Oehler Nese
                                        Of Counsel

TO:    Frederick J. Berman, Esq.
        Shebitz Berman & Delforte, P.C.
        1325 Avenue of the Americas, 27th Floor
        New York, New York 10019